IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE ANTROBUS** | : | **CIVIL ACTION** |
| **v.** | : | |
| **PRIME CARE, et al.** | : | **NO. 02-7602** |

### O R D E R

AND NOW, this          day of October, 2002, upon consideration of the application of plaintiff to proceed in forma pauperis, and because he has $188.39 in his prison account, with an average monthly account balance of $31.39 and average monthly deposits of $31.39 during the last six months, **IT IS ORDERED** that the application of the plaintiff, Andre Antrobus, is **DENIED** on the ground that he has sufficient assets to enable him to pay the full $150.00 filing fee.

BY THE COURT:

_____
**JOHN R. PADOVA, J.**